## Saxton Coal Company, et al. v. Kreutzer's Administratrix.

(Decided January 21, 1927.)

### Appeal from Whitley Circuit Court.

1. Evidence—Evidence of Deceased's Employer, Testifying for Himself to Conversation with Deceased, Held Incompetent.—In action against employer for death of servant killed in mine, evidence of defendant, testifying for himself to conversation with deceased, held incompetent.

2. Evidence—Uncontradicted Evidence is Not Conclusive.—Evidence of witnesses which is not without contradiction is not conclusive.

HENRY C. GILLIS for appellants.

POPE & BROWNING and H. L. BRYANT for appellee.

OPINION OF THE COURT BY DRURY, COMMISSIONER— Affirming.

Appellants seek to reverse a judgment of $4,000.00. This is the second appeal in this case. See 202 Ky., 387,

259 S. W. 1022. There is no substantial difference in the evidence upon this appeal from that on the former. Both parties endeavored to make a stronger case this time than before. In a measure, the administratrix succeeded. The defendant failed. The evidence of four witnesses on whom the Saxton Coal Company depended to show Kreutzer was told not to work at this place, was read from their evidence on the former trial. The evidence of S. R. Daugherty, testifying for himself to a conversation with the deceased, was incompetent. See Combs v. Roark, 206 Ky. 454, 267 S. W. 210. They had one other witness, but his evidence is so much at variance with the evidence of the others, and his conduct on cross-examination was such that his evidence is unimpressive.

The evidence of these witnesses is not without contradiction, hence not conclusive.

We said the same of the evidence of the witness Utz in the L. & N. R. Co. v. Philpot's Admr., 215 Ky. 682, 286 S. W. 1078.

The judgment is affirmed.